IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 90-0283 SI |
| Plaintiff, | **ORDER RE: DEFENDANT'S RECENT FILINGS** |
| v. | |
| EUGENE OLIVER SWAN, JR., | |
| Defendant.        / | |

The Court has recently received three letters from defendant Eugene Oliver Swan, Jr. The letters have been filed in this closed criminal case, CR 90-0123 SI, since it is Mr. Swan's oldest case in this district. He was also the defendant in CR 97-0276 SI, filed in 1997.[1] Both cases are closed. In the course of those cases, evidence of defendant's serious substance abuse and mental health issues was frequently submitted.

Defendant's recent letters, which were filed on January 13, 2010, February 1, 2010, and February 11, 2010, appear to deal with criminal litigation now pending against Mr. Swan in San Diego state courts.[2] The letters request this Court's assistance with various matters.

The Court informs Mr. Swan that the cases in this district are closed, and this Court has no involvement in any pending criminal actions against him. Defendant is directed not to file any further

---

[1] Related civil actions were also filed, including 92-C-1704 and 99-C-5401. All of these actions are closed.

[2] Mr. Swan refers to "Judge Kearney." This may be Judge Robert J. Kearney of the San Diego County Superior Court.

letters in this case.

**IT IS SO ORDERED.**

Dated: February 16, 2010

_____
SUSAN ILLSTON
United States District Judge